United States District Court
Southern District of Texas

**ENTERED**

June 15, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HANI YOUNUS KHAN,<br>Petitioner, | §<br>§<br>§<br>§ | CIVIL ACTION NUMBER<br>4:26-cv-04257 |
| versus | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| GABRIEL MARTINEZ, *et al*,<br>Respondents. | §<br>§<br>§ | |

## ORDER OF RELEASE

Petitioner Hani Younus Khan filed a petition for writ of *habeas corpus* under 28 USC §2241 on May 28, 2026. Dkt 1. She states that her current detention began "on or about June 10, 2025." Dkt 1-6 at 2. She asserts that her removal is not reasonably foreseeable, and thus that her current detention violates 8 USC §1231(a)(6) and the Supreme Court's decision in *Zadvydas v Davis*, 533 US 678 (2001). Id at 10–11. She also claims revocation of her prior release on supervision violates the Due Process Clause of the Fifth Amendment while also being arbitrary and capricious. Id at 11–14.

The Government was ordered to show cause with a filing establishing the propriety of Petitioner's continued detention. See Dkt 4 at 2. It sought and received a one-week extension upon assertion that time was needed "to confer with immigration authorities, obtain supporting information, and respond to the petition." Dkt 6 at 1; see Dkt 7 (order).

A response has now been received. Dkt 8. The single assertion is that, based on prior decisions by the undersigned, "there are no facts in the instant case that would allow a finding that Petitioner's continued detention

meets the standard set forth in *Zadvydas v Davis*, 533 US 678 (2001)." Dkt 8.

This is understood as a statement of no opposition to granting the relief sought in the petition.

The petition for writ of *habeas corpus* by Petitioner Hani Younus Khan is GRANTED AS UNOPPOSED. Dkt 1.

Respondents are ORDERED to release Petitioner from custody immediately.

Counsel for Petitioner is further ORDERED to make a filing by June 16, 2026, confirming whether Petitioner has been released from custody.

SO ORDERED.

Signed on June 15, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge

2