United States District Court
Southern District of Texas
**ENTERED**
June 18, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| HANI YOUNUS KHAN, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:26-cv-04257 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| GABRIEL MARTINEZ, *et al*, | § | |
| Respondents. | § | |

### ORDER

Prior order granted the petition for writ of *habeas corpus* by Petitioner Hani Younus Khan as unopposed and ordered her released from custody. Dkt 10 at 2. Counsel for Petitioner was ordered to make a filing by June 16, 2026, confirming whether Petitioner had been released. Ibid.

Pending is a notice by Petitioner stating that she was released from custody on June 15, 2026. Dkt 11.

The challenged detention having now concluded, no live claims remain in this action.

This action is DISMISSED.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on June 18, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge